# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1940

_____

WILLIAM D. WILLIAMS,

Petitioner,

v.

FLA. DEP'T OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


October 9, 2025


PER CURIAM.

DISMISSED.

ROWE, KELSEY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


William D. Williams, pro se, Petitioner.

No appearance for Respondent.